In the Matter of ANTHONY P. LaFAY.—Order entered terminating suspension and reinstating petitioner as attorney and counselor at law. Present—Denman, P. J., Callahan, Green, Balio and Lawton, JJ.

 In the Matter of MICHAEL B. RUDIN.—Order entered terminating suspension and reinstating petitioner as attorney and counselor at law. Present—Denman, P. J., Callahan, Green, Balio and Lawton, JJ.

 In the Matter of A. ROGER CLARK, an Attorney, Resignor.—Order entered accepting resignation and striking resignor's name from the roll of attorneys. Present—Boomer, J. P., Pine, Balio, Lawton and Boehm, JJ.

 PEOPLE v LESLIE GAYLE, Defendant.—Motion to extend time to seek leave to appeal denied. Memorandum: The motion is unnecessary. Defendant's time to appeal has not begun to run because the District Attorney has not served defendant with a copy of the order (see, CPL 460.10 [4]). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.

 PEOPLE ex rel. JAMES EDWARDS, Petitioner, v PAUL BELLNIER, as Superintendent of Livingston Correctional Facility, et al., Respondents.—Motion for leave to appeal denied. Memorandum: Pursuant to CPLR 5514 (a), petitioner will have 30 days from the date of this Court's order dismissing this motion to file and serve a notice of appeal as of right. Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.

 In the Matter of JAMES McKEE, Petitioner, v RAUL RUSSI, as Chairman of New York State Board of Parole, Respondent.—Motion for leave to appeal denied. Same Memorandum as in *People ex rel. Edwards v Bellnier* (186 AD2d 1092 [decided herewith]). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.

 PEOPLE ex rel. RONALD PERRY, Petitioner, v PAUL BELLNIER, as Superintendent of Livingston Correctional Facility, et al., Respondents.—Motion for leave to appeal denied. Same Memorandum as in *People ex rel. Edwards v Bellnier* (186 AD2d 1092 [decided herewith]). Present—Callahan, J. P., Boomer, Balio, Lawton and Davis, JJ.